**Order filed September 25, 2012**



In The

# Fourteenth Court of Appeals

————————

NO. 14-12-00743-CV

————————

## RAFAEL VELAZQUEZ, Appellant

### V.

## THE BANK OF NEW YORK MELLON, Appellee

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1016653

## O R D E R

The notice of appeal in this case was filed August 13, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **October 10, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM